# LUMER & NEVILLE

Attorneys At Law

MICHAEL B. LUMER
JAMES C. NEVILLE

225 BROADWAY
SUITE 2700
NEW YORK, NEW YORK 10007
WWW.LUMERNEVILLE.COM

(212) 566-5060
FACSIMILE (212) 406-6890

May 5, 2016

**By ECF**

Hon. Steven L. Tiscione
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

        Re:    Brown v. City of New York, et al.,
                  15 CV 4357 (LDH) (ST)

Dear Judge Tiscione:

      We represent plaintiff in the above action and write on behalf of all parties to jointly request that the Court extend the deadline for fact discovery to September 16, 2016. I apologize that this request was not submitted yesterday, as Your Honor had directed, but I erroneously believed it was due today.

      The proposed enlargement was arrived at by the parties after considering both counsels' upcoming trial schedules and the array of depositions, motions, and other matters scheduled through the summer months. We also took into account the potential difficulties we may face in securing and completing the depositions of certain essential non-party witnesses as to the critical facts in dispute, as well as locating plaintiff's DOC file, and other similar discovery issues.

      Thank you for your consideration of this request.

Respectfully submitted,

Michael Lumer

cc:    Elissa Fudim, Sr. Counsel (By ECF)