# LUMER & NEVILLE

Attorneys At Law

MICHAEL B. LUMER
JAMES C. NEVILLE

225 BROADWAY
SUITE 2700
NEW YORK, NEW YORK 10007
WWW.LUMERNEVILLE.COM

(212) 566-5060
FACSIMILE (212) 406-6890

November 21, 2016

**By ECF**

Hon. Steven L. Tiscione
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 10007

     Re:    **Brown v. City of New York, et al.,
15 CV 4357 (LDH) (ST)**

Dear Judge Tiscione:

     I represent plaintiff and write on behalf of all parties further to our discussion with the Court on November 4 to respectfully request a brief enlargement of discovery, *nunc pro tunc*, from November 4 to December 2, 2016. This would be the third such request.

     As the Court is aware, discovery is nearly complete in this matter. The parties appeared on November 4 to discuss settlement, and are scheduled to appear for a second conference this afternoon. The one remaining deposition, that of ADA Fran Weiner, is scheduled for November 29, and will proceed if a settlement is not otherwise reached.

     Thank you for your kind attention to this request

Respectfully submitted,

Michael Lumer

cc:    Elissa Fudim, Sr. Counsel (by ECF)