# LUMER & NEVILLE

### Attorneys At Law

225 BROADWAY
SUITE 2700
NEW YORK, NEW YORK 10007
WWW.LUMERNEVILLE.COM

MICHAEL B. LUMER
JAMES C. NEVILLE

(212) 566-5060
FACSIMILE (212) 406-6890

December 15, 2016

**By ECF**

Hon. Steven L. Tiscione
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 10007

> **Re:    Brown v. City of New York, et al.,**
> **15 CV 4357 (LDH) (ST)**

Dear Judge Tiscione:

      I represent plaintiff in the above matter and write to advise the Court that the parties have reached a settlement that resolves all claims at issue in this case. I expect that settlement paperwork will be tendered and executed shortly, and that the stipulation of dismissal will be filed soon thereafter. We thank the Court for its efforts in bringing about this resolution.

Respectfully submitted,

Michael Lumer

cc:    Elissa Fudim, Sr. Counsel (by ECF)